IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ISAAC DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. A. NO. 25-0199-KD-MU |
| | ) |
| KENYATTA JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 50) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants Katina Horton and Cheryl Robinson-Sutton's Motion to Dismiss (doc. 21) is **GRANTED** as to Causes of Action One, Two, Three, Four, and Sixteen and that all claims asserted against them in these Causes of Action be **DISMISSED with prejudice.**

Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Causes of Action Six, Seven, Nine, Thirteen, Fourteen, and Fifteen that set forth potential state law claims against Defendants Katina Horton and Cheryl Robinson-Sutton. Accordingly, these Causes of Action are **DISMISSED without prejudice.**

The fictitious party Defendants John Doe and John Doe II are **dismissed.**

**DONE** and **ORDERED** this 5th day of March 2026.

　　　　　　　　　　　　　　　　s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　KRISTI K. DuBOSE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE