**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ISAAC DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. A. NO. 25-00199-KD-MU** |
| | ) | |
| **KENYATTA JONES,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 51) is **ADOPTED** as the opinion of this Court.

In Plaintiff Isaac Davis's objection, he contends that the "R&R described my claims the wrong way" and that his "case is about the Board's failure to verify against its own records/policy…." (Doc. 52-6, p. 4). In fact, the Magistrate Judge quoted Davis's <u>Monell</u> claim verbatim: "Plaintiff avers that [the Board] maintained a custom or policy of inadequate training and supervision, **failing to require employees to verify court orders against custodial records**." (Doc. 51 p. 10) (emphasis added). However, in Davis's Complaint he also states "[u]pon information and belief, [the Board] failed to implement policies or provide training to ensure employees verify court orders against school records." (Doc. 6, p. 4). It appears that Davis claims that the Board failed to train its employees to rely on the school records which indicates the enrolling custodial parent, instead of a court order granting temporary physical custody to someone other than the original enrolling custodial parent. To the extent Davis attempts to

establish a constitutional violation by claiming that the Board and its employees should ignore a court order if it conflicts with school records, Davis clearly fails to state a claim that would establish liability of the Board under <u>Monell</u>.

Accordingly, Defendant Board of School Commissioners of Mobile County, Alabama's Motion to Dismiss (Doc. 16) is **GRANTED** and the Board is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 5th day of March 2026.

<u>s/ Kristi K. DuBose</u>
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE